# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR56

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| REGINALD DEWAYNE JEFFRIES ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel to withdraw.

After review of counsel's motion, the Court finds the Defendant is attempting to avoid trial. The trial will proceed either with Ms. Allison as Defendant's counsel or as counsel in a stand-by capacity. The Court will address this matter with the Defendant on Tuesday, September 4, 2007, at 9:00 am., and Defendant should be ready to advise the Court of his decision in this regard at that time.

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's counsel to withdraw is hereby **DENIED**.

Signed: September 4, 2007

Lacy H. Thornburg
United States District Judge