# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:07CR56 |
|---|---|---|
|  | ) |  |
| vs. | ) | **ORDER FOR DISMISSAL** |
|  | ) | (As to Count Three) |
| **REGGIE DEWAYNE JEFFRIES** | ) |  |

**THIS MATTER** is before the Court on the Government's motion to dismiss Count Three of the indictment herein.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and Count Three of the indictment herein is **DISMISSED WITHOUT PREJUDICE**.

Signed: September 7, 2007

Lacy H. Thornburg
United States District Judge